UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
INDUSTRIA DE DISEÑO TEXTIL, S.A. *et al.*,                             :
                                                                       :
                            Plaintiffs,                                :
                                                                       :          23 Civ. 47 (JPC)
            -v-                                                        :
                                                                       :          <u>ORDER</u>
THILIKO, LLC *et al.*,                                                 :
                                                                       :
                            Defendants.                                :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Upon review of the sworn Declaration of Briggs M. Wright, Dkt. 33-1, the Court finds that Defendants are not in compliance with paragraph 6 of the Permanent Injunction issued in this case, Dkt. 27 at 4.

      SO ORDERED.

Dated: May 12, 2023
       New York, New York

                                                        JOHN P. CRONAN
                                                        United States District Judge