```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
INDUSTRIA DE DISEÑO TEXTIL, S.A. et al.,                               :
                                                                       :
                              Plaintiffs,                              :
                                                                       :            23 Civ. 47 (JPC)
              -v-                                                      :
                                                                       :               ORDER
THILIKÓ, LLC et al.,                                                   :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On August 2, 2023, the Court issued an Order granting an award of statutory damages in the amount of $450,000 on Plaintiff ITX Merken BV's federal copyright infringement claim, asserted in the first cause of action of the Complaint. Dkt. 35. In that Order, the Court directed Plaintiffs to submit a proposed judgment to the Court if they consented to a total damages award of $450,000, thereby forgoing any other monetary relief in this case. *Id.* at 7. On August 16, 2023, Plaintiffs submitted a letter indicating their consent to a total damages award of $450,000 and separately filed a proposed judgment. Dkt. 36 (letter); Dkt. 38 (proposed judgment). Paragraph 5 of Plaintiffs' proposed judgment, however, would make its provisions binding on not just Defendants as named in the Complaint, but also "their successors and assigns under all of their assumed names, now known or adopted in the future, including but not limited to the aliases MNRY, Amelia Pu, Qianru Pu, and Qianru Williams, and the MNRY e-commerce site currently located at https://mnry.shop/." Dkt. 38 ¶ 5. To justify this language, Plaintiffs submitted a declaration from their counsel with attached exhibits, presenting information to suggest that Defendants may be continuing to conduct their operations under different names. Dkt. 37.

As drafted, the language in the proposed judgment would appear to permit enforcement of

a monetary judgment against the website, https://mnry.shop/ (in addition to the entity, MNRY, and the individuals listed).  By August 24, 2023, Plaintiffs shall submit a letter to the Court advising whether they consent to the proposed judgment with deletion of the reference to that website—*i.e.*, removal of the language, "and the MNRY e-commerce site currently located at https://mnry.shop/."  If Plaintiffs do not consent to a judgment with that modification, Plaintiffs' letter shall explain why it would be appropriate for a monetary judgment to be enforced against a website, as well as the mechanism for and logistics of such enforcement.  This letter shall be due to the Court on August 24, 2023.

    SO ORDERED.

Dated: August 17, 2023
       New York, New York

                                        JOHN P. CRONAN
                                      United States District Judge