```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                        :
INDUSTRIA DE DISEÑO TEXTIL, S.A. et al.,                :
                                                        :
                           Plaintiffs,                  :
                                                        :          23 Civ. 47 (JPC)
           -v-                                          :
                                                        :              ORDER
THILIKÓ, LLC et al.,                                    :
                                                        :
                           Defendants.                  :
                                                        :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The Court will conduct a status conference by telephone on August 29, 2023, at 2:30 p.m. to discuss the proposed judgment. At the scheduled time, the parties should call (866) 434-5269, access code 9176261.

      SO ORDERED.

Dated: August 24, 2023  
      New York, New York

                                               JOHN P. CRONAN  
                                       United States District Judge