```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
INDUSTRIA DE DISEÑO TEXTIL, S.A. et al.,                          :
                                                                  :
                          Plaintiffs,                             :
                                                                  :     23 Civ. 47 (JPC)
            -v-                                                   :
                                                                  :     JUDGMENT FOR
THILIKÓ, LLC and QUEENIE WILLIAMS a/k/a                           :     MONETARY RELIEF
"Qianru Pu" and "Qianru Williams,"                                :
                                                                  :
                          Defendants.                             :
                                                                  :
------------------------------------------------------------------X
```

In light of the Court's finding of liability as to Defendants Thilikó, LLC and Queenie Williams, including Queenie Williams's aliases, Qianru Pu and Qianru Williams ("Defendants) on all Counts of the Complaint on April 19, 2023 and August 29, 2023; the Permanent Injunction issued on April 20, 2023, Dkt. 27; and this Court's Order dated August 2, 2023 awarding Plaintiff ITX Merken BV ("ITX") $450,000 in statutory damages pursuant to the Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq.*, Dkt. 35; and further upon consideration of Plaintiffs' Supplemental Memorandum of Law in Support of Request for Statutory Damages dated May 1, 2023, Dkt. 28; the Declaration of Briggs M. Wright dated August 16, 2023, Dkt. 37; and Plaintiffs' stated intent not to seek further damages beyond the $450,000 in statutory damages at the conference held on August 29, 2023, the Court grants ITX's request for statutory damages in the amount of $450,000 under the Copyright Act, 17 U.S.C. §§ 101 *et seq.*, and a Judgment in favor of ITX is entered in the amount of $450,000 against Defendants.

It is hereby ORDERED that:

1.     Defendants shall pay to ITX the amount of $450,000 in statutory damages and are jointly and severally liable for that amount.

      2.      If the Defendants do not pay the above amount immediately, then post-judgment interest shall accrue beginning on the date of entry of this Judgment and shall be determined by using the Treasury Bill rate prevailing on the date of entry of this Judgment pursuant to 28 U.S.C. § 1961.

      3.      If any provision of this Judgment or of any Order issued in this case is held invalid, or if the application of any provision or circumstance of this Judgment is held invalid, then the remainder of this Judgment, the affected Order, and the application of the provision to any other person or circumstance shall not be affected by the holding.

      4.      This Court shall retain jurisdiction of this action to ensure compliance with this Judgment and any Order in this case and for all other purposes related to this action, including any motion to modify the terms of this Judgment or any Order.

      5.      The provisions of this Judgment shall be binding upon the named Defendants in this lawsuit, including the aliases that the Court has found to be used by Defendant Queenie Williams, specifically, Qianru Pu and Qianru Williams.

      SO ORDERED.

Dated: August 29, 2023
       New York, New York

                                             JOHN P. CRONAN
                                          United States District Judge